ACCEPTED
01-14-00865-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 10:47:39 AM
CHRISTOPHER PRINI
CLERK

IN THE
**COURT OF APPEALS**
FOR THE
**FIRST DISTRICT OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 10:47:39 AM
CHRISTOPHER A. PRINE
Clerk

**NO. 01-14-00865**

**HARRY W. STURGES, IV, APPELLANT**

**V.**

**SUNTRUST MORTGAGE, INC., APPELLEE**

On Appeal from the County Court at Law No. One (1)
Galveston County, Texas
Trial Court Cause No. CV-0071918

### APPELLANT'S MOTION TO DISMISS APPEAL

HARRY W. STURGES, IV, Appellant, through undersigned counsel, hereby files his Motion to Dismiss Appeal, and in support thereof, respectfully represents:

1.      Harry W. Sturges, IV, Appellant, and Suntrust Mortgage, Inc., Appellee, have entered into a Settlement Agreement resolving their differences.

2.      This Settlement Agreement has been approved by the United States Bankruptcy Court for the Southern District of Texas, Houston Division, in the case styled *In re Harry Wilton Sturges, IV*, 12-34249. The Court entered an Order approving the Settlement Agreement on January 7, 2015.

3.      Accordingly, as all differences between the parties have been amicably resolved, Appellant hereby requests that this Court enter an order dismissing the Appellant's appeal in the above-captioned matter.

WHEREFORE, Appellant respectfully requests that this Court enter an order dismissing this case and granting such other and further relief as is equitable and just.

January 28, 2015.

Respectfully submitted,

_____*/s/ Patrick D. Devine*_____
Patrick D. Devine
State Bar No. 05662200
Law Office of Patrick D. Devine
8300 FM 1960 West, Suite 450
Houston, Texas 77070
Phone: 832-251-2722
Fax: 866-488-1082
Email: pdevine@pdevinelaw.com

Attorney for Harry W. Sturges, IV

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing pleading has been sent by telephonic document transfer before 5:00 p.m. of the recipient's local time to (1) Israel Saucedo, Mackie Wolf Zientz & Mann, PC, Parkway Office Center, Suite 900, 14160 North Dallas Parkway, Dallas, Texas 75254, at Facsimile 214-635-2686; (2) Rex L. Kesler, 2311 Canal Street, Suite 304, Houston, TX 77003 at Facsimile 281-501-3191; and (3) Mitchell J. Buchman, Battett Daffin Frappier Turner, 1900 St. James Place, Suite 500, Houston, TX 77056 at MitchelB@bdfgroup.com on the 28th day of January, 2015.

_____*/s/ Patrick D. Devine*_____
Patrick D. Devine
Attorneys for Harry W. Sturges, IV